United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 26-01098-HWV

Anna Marie Yocum                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                                Page 1 of 1

Date Rcvd: May 05, 2026                          Form ID: pdf010                                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**      **Recipient Name and Address**

db       + Anna Marie Yocum, 437 Linton Hill Road, Duncannon, PA 17020-9714

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                        :

                                :     CHAPTER 13

ANNA MARIE YOCUM,            :

                                :     CASE NO. 1:26-bk-01098-HWV

             Debtor.            :

## ORDER

Upon consideration of the Application to Pay the Chapter 13 Filing Fee in Installments,

Doc. 3, and the hearing held on May 5, 2026, for the reasons stated on the record, it is

**ORDERED** that the Application is **DENIED**. The Debtor must pay the filing fee in full

by May 12, 2026 or the case may be dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 5, 2026